# Exhibit A

*PR*

**SUBPOENA***

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

| | | |
|---|---|---|
| _2014_ | ADM | _378_ |
| | INT | |
| | IDD | |
| | SEB | |
| | GDN | |
| | TRP | |
| | CON | |

ESTATE OF _PEGGY BRYANT_

~~Minor~~/Ward/~~Deceased~~

To: _ASSISTANT US ATTORNEY FOR THE DISTRICT OF COLUMBIA._

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
| | | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| | | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

DOCUMENTS OR OBJECTS _ALL AUDIO RECORDINGS OF CALLS MADE TO THE METROPOLITAN POLICE DEPARTMENT (MPD) ALL BODY WORN CAMERA FOOTAGE AND AUDIO, ANY AND ALL REPORTS MADE, AND IDENTITIES OF ALL POLICE OFFICERS THAT RESPONDED DURING THE MARCH 7, 2025 VISITS TO 27 O ST NW #317, WASH. D.C. 20_

| PLACE OF PRODUCTION | DATE | TIME |
|---|---|---|
| _COURTROOM A-48 SUPERIOR CT. OF D.C. 515 5TH ST NW WASHINGTON, DC_ | _MAR 23, 2026_ | _10:30 AM_ |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
| | | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE _2/23/26_ |
|---|---|

ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER
_PERRY BRYANT 20 S MULBERRY ST HAGERSTOWN MD 21740_
_240 329 2002_

By: _____

*Register of Wills*
*Clerk of the Probate Division*

Civil Division
FEB 23 2026
US Attorney's Office DC

*PR*

**\*Three (3) identical copies must be presented to the Probate Clerk's Office**

Nov. 2009

Authorization as required by D.C. Code, sec. 14-307 and Brown v. U.S., 567 A.2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| | DATE | TIME | PLACE US ATTORNEY FOR THE DISTRICT OF COLUMBIA |
|---|---|---|---|
| **SERVED** | 2/23/26 | | 601 DST NW DC 20530 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| REGINALD D. ROWAN  SUPV. LEGAL ADMIN. SP. | (attach return receipt if service was made by registered or certified mail)  HAND DELIVERY |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| SIDOINE MBAH | HEALTH AID |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

Executed on 2/23/26
           DATE

SIDOINE MBAH
_____
SIGNATURE OF SERVER

3420 Dodge Park Bd
_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**
    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

    (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
    (B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party serving the subpoena shall not be entitled to objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena may, upon inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3)(A) On timely motion, the Court shall quash or modify the subpoena if it
        (i)    fails to allow reasonable time for compliance;
        (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this Rule, such a person may in order to attend trial be commanded to travel from any such place to the place of trial, or
        (iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
        (iv)   subjects a person to undue burden.
    (B) If a subpoena
        (i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the Court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to Subpoena.**
    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Nov. 2009

# Exhibit B

SUBPOENA*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

| | ADM | |
|---|---|---|
| _2024_ | INT | _328_ |
| | IDD | |
| | SEB | |
| | GDN | |
| | TRP | |
| | CON | |

ESTATE OF  _PEGGY BRYANT_

~~Minor/Ward/Deceased~~

To: _US ATTORNEY FOR THE DISTRICT OF COLUMBIA_

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
| | | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| | | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| DOCUMENTS OR OBJECTS _ALL BODY WORN CAMERA FOOTAGE, AUDIO, ALL REPORTS MADE, ALL AUDIO RECORDINGS OF CALLS MADE TO THE METROPOLITAN POLICE DEPARTMENT (MPD) AND THE IDENTITIES OF ALL MPD OFFICERS THAT RESPONDED TO THE EVENTS RELATED TO CCN# 25 187 950 SEE EXHIBIT_ | | |
|---|---|---|
| PLACE OF PRODUCTION _COURTROOM A-48 SUPERIOR CT OF THE DISTRICT OF COLUMBIA 515 5TH ST NW WASHINGTON, DC_ | DATE _MARCH 23, 2026_ | TIME _10:30 AM_ |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
| | | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE _FEBRUARY 25, 2026_ |
|---|---|
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER _PERRY BRYANT, 20 S MULBERRY ST HAGERSTOWN, MD 21740, PHONE: 240 329 8002_ | |

By: _____
**Register of Wills**
**Clerk of the Probate Division**

Civil Division
FEB 2 5 2026
US Attorney's Office DC

**\*Three (3) identical copies must be presented to the Probate Clerk's Office**

Nov. 2009

Authorization as required by D.C. Code, sec. 14-307 and Brown v. U.S., 567 A.2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| | DATE | TIME | PLACE *US ATTORNEY FOR THE DISTRICT OF COLUMBIA* |
|---|---|---|---|
| **SERVED** | 2/25/2026 | | 601 D ST NW, WASHINGTON DC 20530 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE (attach return receipt if service was made by registered or certified mail) |
|---|---|
| REGINALD D. ROWAN | HAND DELIVERY |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| SIDOINE MBAH | WARD'S HEALTH AID |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

Executed on   2/25/26
             DATE

X  Sidoine  Mbah
SIGNATURE OF SERVER

3420 DODGE PARK RD, HYATTSVILLE, MD 20785
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it
(i)    fails to allow reasonable time for compliance;
(ii)   requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this Rule, such a person may in order to attend trial be commanded to travel from any such place to the place of trial, or
(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)  subjects a person to undue burden.
(B) If a subpoena
(i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the Court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to Subpoena.**
(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Nov. 2009

**METROPOLITAN POLICE DEPARTMENT**
WASHINGTON, DC

## Marshond Matory

OFFICER

Badge #2647

marshond.matory@dc.gov

CCN # 25187950

DISTRICT/UNIT: 3D/ 3082

Policing with Purpose.
Serving with Care.



**CONNECT WITH US**

 DCPolice

 dcpolicedept

dcpolicedept

officialDCPolice

www.mpdc.dc.gov

# Exhibit C

**SUBPOENA***

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

| | | |
|---|---|---|
| _2014_ | ADM | |
| | INT | _378_ |
| | IDD | |
| . | SEB | |
| | GDN | |
| | TRP | |
| | CON | |

ESTATE OF    _PEGGY BRYANT_

~~Minor/Ward/~~Deceased

To: _THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA/DHS_

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
| | | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| | | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

DOCUMENTS OR OBJECTS _ANY AND ALL DOCUMENTS, WRITTEN OR ORAL REQUESTS OR INQUIRIES RELATED TO THE REASONS WARD'S EBT BENEFITS WERE TERMINATED AS OF MARCH 1ST 2026_

| PLACE OF PRODUCTION _COURTROOM A-48, SUPERIOR CT, DISTRICT OF COLUMBIA 515 5TH ST N.W., WASHINGTON, DC 20001_ | DATE _MARCH 23, 2026_ | TIME _10:30 AM_ |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
| | | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) _Perry Bryant PETITIONER AND SON OF WARD_ | DATE _MARCH 2, 2026_ |
|---|---|

ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER
_PERRY BRYANT, 20 S MULBERRY ST, HAGERSTOWN, MD 21740 PHONE: 2403298602_

By: _____
Register of Wills
Clerk of the Probate Division

***Three (3) identical copies must be presented to the Probate Clerk's Office**

Nov. 2009

Civil Division

MAR 0 2 2026

US Attorney's Office DC

Authorization as required by D.C. Code, sec. 14-307 and <u>Brown v. U.S.</u>, 567 A.2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| | DATE | TIME | PLACE US ATTORNEY FOR THE DISTRICT OF COLUMBIA 601 D ST NW DC 2053 0 |
|---|---|---|---|
| **SERVED** | 8/02/2026 | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| REGINALD D. ROWAN | HAND DELIVERY (attach return receipt if service was made by registered or certified mail) |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| JAY PAUL | FRIEND |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

Executed on MARCH 2, 2026
            DATE

X Jay Paul
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**
     (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

     (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
     (B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

     (3)(A) On timely motion, the Court shall quash or modify the subpoena if it
          (i)    fails to allow reasonable time for compliance;
          (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this Rule, such a person may in order to attend trial be commanded to travel from any such place to the place of trial, or
          (iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
          (iv)   subjects a person to undue burden.
     (B) If a subpoena
          (i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
          (ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
          (iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the Court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to Subpoena.**
     (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

     (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Nov. 2009